UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ex rel. John Brooks, ) <br>  ) CIVIL ACTION NUMBER <br> Plaintiff, ) 5:22-CV-595-HNJ <br>  ) <br> v. ) ***FILED UNDER SEAL*** <br>  ) <br> SYSTEMS PRODUCTS AND ) <br> SOLUTIONS, INC. et al., ) <br>  ) <br> Defendants. ) | |

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN COUNT II AND TO DECLINE TO INTERVENE IN REMAINING CLAIMS

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby intervenes in Count II of Relator's Complaint (Doc. 1) for the purpose of settlement of the United States' claim in Count II, in accordance with settlements reached by the parties by separate agreements. Within thirty days, the parties will file a joint stipulation of dismissal dismissing the count pursuant to Rule 41(a)(1).

Pursuant to 31 U.S.C. § 3730(b)(4)(B), the United States declines to take over the action consisting of the remaining claims.

The United States requests that the Relator's Complaint, this Notice, and the accompanying proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal, because in describing the

content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted this the 21st day of February, 2025.

        PRIM F. ESCALONA
        UNITED STATES ATTORNEY

        /s/ Sarah C. Blutter
        SARAH C. BLUTTER
        DON B. LONG III
        Assistant United States Attorney
        United States Attorney's Office – NDAL
        1801 4th Avenue North
        Birmingham, AL 35203
        Telephone: (205) 244-2119
        Sarah.Blutter@usdoj.gov

        Counsel for the United States

CERTIFICATE OF SERVICE

I, Sarah C. Blutter, Assistant United States Attorney, hereby certify that on February 21, 2025, I served the foregoing **NOTICE OF ELECTION TO INTERVENE IN COUNT TWO AND TO DECLINE TO INTERVENE IN REMAINING CLAIMS** and proposed order, by sending via electronic mail, a true copy of the same to counsel for the Relator:

>Adam P. Plant
>Battle & Winn LLP
>aplant@battlewinn.com

/s/ Sarah C. Blutter
Sarah C. Blutter
Assistant United States Attorney